NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENNIS JEFF GALLAGHER,                    )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D17-3083
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
                                          )
_____)

Opinion filed September 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender, and
Siobhan Helene Shea, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub, Assistant
Attorney General, Tampa, for Appellee.

PER CURIAM.

          Affirmed.

KELLY, VILLANTI, and BLACK, JJ., Concur.